UNITED STATES of America,
Plaintiff–Appellee,

v.

Victor Daniel CAMEY–CID, Also Known as Victor Daniel Camey, Also Known as Victor Camey, Defendant–Appellant.

No. 13–20160
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 19, 2013.

Renata Ann Gowie, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Neal Davis, III, Esq., Houston, TX, for Defendant–Appellant.

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Victor Daniel Camey–Cid has moved for

---

\* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Camey–Cid has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

published and is not precedent except under the limited circumstances set forth in 5TH CIR.